IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARC J. MURI, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

NATIONAL INDEMNITY COMPANY;

    Defendant.

8:17CV178

ORDER

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 20th day of June, 2017

BY THE COURT:

Laurie Smith Camp
Chief United States District Judge