IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARC J. MURI, individually and on behalf of all others similarly situated,; <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL INDEMNITY COMPANY, <br><br> Defendant. | **8:17CV178** <br><br> **ORDER** |

Parties have advised the court that they have reached an agreement regarding the deadline for defendant's answer or response to the plaintiff's complaint and briefing schedule for defendant's potential motion to dismiss.

IT IS ORDERED:

1) The parties joint motion, (filing no. 17), is granted. National Indemnity shall answer or otherwise respond to plaintiff's complaint on or by August 28, 2017.

2) In the event National Indemnity files a motion to dismiss, the plaintiff shall have 60 days to file his brief opposing the motion to dismiss and the defendant shall have 30 days to file its reply brief.

Dated this 22nd day of June, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge