IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARC J. MURI, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INDEMNITY COMPANY,<br><br>Defendant. | **8:17CV178**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) Plaintiff's response to Defendant's motion for summary judgment, (Filing No. 83), shall be filed on or before April 19, 2019, with any reply filed on or before April 30, 2019.

2) Responses to the parties' respective Daubert motions, (Filing Nos. 79 and 86), shall be filed on or before May 2, 2019, with any replies filed on or before May 16, 2019.

3) The Pretrial Conference is continued and will be held before the undersigned magistrate judge on June 28, 2019 at **8:00 a.m. (C.D.T.)**, by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 27, 2019.

April 1, 2019.
BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge