IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| MARC J. MURI, individually and on behalf of all others similarly situated,; | 8:17CV178 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| NATIONAL INDEMNITY COMPANY, | |
| Defendant. | |

IT IS ORDERED that the motion to withdraw filed by Osvaldo Vazquez, as counsel of record for Defendant, (Filing No. 107), is granted. Mr. Vazquez will no longer receive notifications in this matter.

Dated this 23rd day of April, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge