IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARC J. MURI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | 8:17-CV-178 |
| vs. | JUDGMENT |
| NATIONAL INDEMNITY COMPANY, | |
| Defendants. | |

Pursuant to the accompanying Memorandum and Order, judgment is entered for the defendant and against the plaintiff, and the plaintiff's complaint is dismissed.

Dated this 18th day of June, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge