# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2408

_____

Marc J. Muri, individually and on behalf of all others similarly situated,

Plaintiff - Appellant

v.

National Indemnity Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:17-cv-00178-JMG)

_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

July 18, 2019

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans