# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2408

Marc J. Muri, individually and on behalf of all others similarly situated,

Appellant

v.

National Indemnity Company

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:17-cv-00178-JMG)

---

**MANDATE**

In accordance with the judgment of 07/18/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 18, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit