# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARC J. MURI, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   —*against*—<br><br>NATIONAL INDEMNITY COMPANY,<br><br>            Defendant. | 17-cv-00178-JMG-CRZ |

## STIPULATION REGARDING PLAINTIFF'S MOTION TO UNSEAL AND REQUEST FOR PARTIAL RELIEF FROM THE COURT'S JULY 15, 2019 ORDER

The parties, Plaintiff Marc J. Muri ("Plaintiff") and Defendant National Indemnity Company ("NICO", and together with Plaintiff, "the Parties"), hereby stipulate as follows regarding Plaintiff's Motion to Unseal his Opposition to Defendant's Motion for Summary Judgment *(Doc. No. 124)* ("the Motion to Unseal"):

  1.  On July 15, 2019, the Court issued an order *(Doc. No. 140)* with respect to the Motion to Unseal. The order permitted the public to access certain summary judgment exhibits (the "Accessible Documents"), and required the parties to meet-and-confer regarding other exhibits as well as Plaintiff's summary judgment opposition (the "Subject Documents"). The Parties were to submit versions of the Subject Documents with agreed-upon redactions on or before July 29, 2019.

  2.  Shortly after the Court issued its July 15 order, the Parties reached an agreement pursuant to which Plaintiff agreed to withdraw his appeal of this Court's June 18, 2019 order granting summary judgment to NICO *(Doc. No. 128)*, and discontinue pursuit of his Motion to

1

Unseal *(Doc. No. 124)*.   Pursuant to this agreement, Plaintiff filed a motion for voluntary withdrawal and dismissal of the appeal on July 18, 2019, and the Court of Appeals on that same day dismissed Plaintiff's appeal and issued a formal mandate (*Doc. Nos. 140-41*).

3. Pursuant to the Parties' agreement, Plaintiff hereby stipulates that he no longer seeks through his Motion to Unseal to allow public access to the Subject Documents.  Accordingly, the Parties request that the Court grant them relief from that part of the Court's July 15, 2019 order requiring them to meet-and-confer regarding the Subject Documents and file redacted versions of those documents on July 29, 2019.

4. The present stipulation does not seek any relief from that part of the Court's July 15, 2019 order relating to the Accessible Documents.

Dated:  July 25, 2019

JOINTLY SUBMITTED BY:

| **Plaintiff, Marc J. Muri** | **Defendant, National Indemnity Company** |
|---|---|
| By: */s/ Samuel E. Bonderoff* <br> Samuel E. Bonderoff (admitted *pro hac vice*) | By: */s/ Paul J. Ondrasik, Jr.* <br> Paul J. Ondrasik, Jr. (admitted *pro hac vice*) |
| **ZAMANSKY LLC** | **STEPTOE & JOHNSON LLP** |
| Jacob H. Zamansky (admitted *pro hac vice*) <br> Edward H. Glenn, Jr. (admitted *pro hac vice*) <br> 50 Broadway, 32nd Floor <br> New York, NY 10004 <br> Telephone:  (212) 742-1414 <br> Facsimile:   (212) 742-1177 <br> samuel@zamansky.com <br> jake@zamansky.com <br> eglenn@zamansky.com | Eric G. Serron (admitted *pro hac vice*) <br> Andrew J. Sloniewsky (admitted *pro hac vice*) <br> 1330 Connecticut Avenue, NW <br> Washington, DC 20036 <br> Telephone:  (202) 429-3000 <br> Facsimile:   (202) 429-3902 <br> pondrasik@steptoe.com <br> eserron@steptoe.com <br> asloniewsky@steptoe.com |
| *Counsel for Plaintiff and the Putative Class* | **-and-** |

**-and-**

| | |
|---|---|
| **BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.** | **CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.** |
| Brian K. Matise<br>40 Inverness Drive East<br>Englewood, CO 80112<br>Telephone:  (303) 792-5595<br>Facsimile:   (303) 708-0527<br>*BMatise@burgsimpson.com*<br><br>*Local Counsel for Plaintiff and the Putative Class* | Shawn D. Renner (#17784)<br>Tara A. Stingley (#23243)<br>Sterling Ridge<br>12910 Pierce St. # 200<br>Omaha, NE 68144<br>Telephone:  (402) 397-1700<br>Facsimile:  (402) 397-1806<br>*srenner@clinewilliams.com*<br>*tstingley@clinewilliams.com*<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2019 I electronically filed the foregoing **STIPULATION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

<em>/s/ Paul J. Ondrasik, Jr.</em>

4810-8409-0525, v. 1