**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| MARC J. MURI, individually and on behalf of all others similarly situated,<br><br>                                       Plaintiff,<br><br>—against—<br><br>NATIONAL INDEMNITY COMPANY,<br><br>                                       Defendant. | 17-cv-00178-JMG-CRZ<br><br>ORDER |

This matter comes before the court on the parties' Joint Stipulation (Filing No. 143). The court, being fully advised in the premises, finds that the Joint Stipulation should be approved.

On June 5, 2019, Plaintiff filed a Motion to Unseal (Filing No. 124), requesting "an order unsealing Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Filing No. 105), together with the exhibits filed under seal in connection with that brief." Id. On July 15, 2019, the court entered an order, (Filing No. 140), permitting public access to certain summary judgment exhibits. The court further required the parties to meet-and-confer by July 29, 2019, regarding Plaintiff's Opposition Brief and Exhibits 16,17, 20, 22, 37, and 45 in opposition to summary judgment.

The parties have stipulated that, subsequent to the July 15 order, they have reached an agreement regarding their dispute. As a result, the parties have asked the court to approve a stipulation relieving them from further obligations to file redacted summary judgment documents and releasing them from an obligation to meet-and-confer regarding the same.

1

After review of the parties' stipulation the court finds that the parties are under no court-imposed obligation to further evaluate, file, redact, or meet-and-confer regarding Plaintiff's Opposition Brief or Exhibits 16,17, 20, 22, 37, and 45 in opposition to summary judgment. Nothing in this order shall be construed to alter or amend the court's previous order at Filing No. 140, except as specifically related to Defendant's Opposition Brief and Exhibits 16,17, 20, 22, 37, and 45.

Accordingly, IT IS ORDERED:

1) The request made in the parties' Joint Stipulation is granted by the court. The parties need not meet and confer or file redacted copies of either Plaintiff's Opposition Brief (Filing No. 105) or Exhibits 16, 17, 20, 22, 37, and 45 as described in paragraphs 2(a) and (b) of Filing No. 140.

Dated this 26th day of July, 2019.

BY THE COURT:
s/ Cheryl R. Zwart
United States Magistrate Judge